IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BARTLIT BECK LLP, )<br>)<br>      Petitioner, )<br>)<br>v. )<br>)<br>KAZUO OKADA, )<br>)<br>      Respondent. ) | Case No. 1:19-cv-08508 |

**MOTION FOR LEAVE TO WITHDRAW APPEARANCES OF COUNSEL**

Pursuant to N.D. Ill. LR 83.17, Movants, Alex E. Gude, Meaghan K. Haller and Robert E. Richards, respectfully move the Court for leave to withdraw their previously filed appearances as counsel for Respondent, Kazuo Okada ("Okada") and in support thereof states as follows:

1. Alex E. Gude and Meaghan K. Haller, were admitted *pro hac vice*, via Notification of Docket Entry dated June 6, 2020, in this matter for Okada.

2. Robert E. Richards filed his appearance on behalf of Okada on August 19, 2021.

3. Movants request that their appearances be withdrawn due to an irretrievable breakdown in the attorney-client relationship with Okada.

4. Okada consents to this request.

5. Pursuant to N.D. Ill. LR 83.17, attached hereto as **Exhibit A** is the completed Notification of Party Contact Information.

6. Responses to Bartlit Beck, LLP's Second Set of Interrogatories to Kazuo Okada, Second Requests for Production to Kazuo Okada are presently due on

December 17, 2021. Bartlit Beck has also scheduled a virtual deposition of Okada to take place on December 29, 2021 at 4:00 pm (CST), and has further requested that Okada respond to a letter addressing certain issues relating to Okada's responses to Bartlit Beck's First Sets of Interrogatories and Requests for Production (to which Okada responded on October 5, 2021).

7. Okada has been provided with copies of all of the documents described in the preceding paragraph and is aware of all deadlines relating to same. In connection with this request, we have requested, on Okada's behalf, that Bartlit Beck agree to a two month extension of all deadlines relating to the pending discovery and deposition to accommodate Okada's efforts to find new counsel and a result of delays imposed by the holidays and his ongoing medical condition.

WHEREFORE, on the basis of the above and foregoing, Movants respectfully request that the Court issue an order granting Movants' withdrawal of their previously filed appearances in this matter for Okada and for all other appropriate and necessary relief.

Respectfully submitted,

/s/ Alex E. Gude
Alex E. Gude *(pro hac vice)*
Meaghan Klem Haller *(pro hac vice)*
DENTONS BINGHAM GREENEBAUM LLP
10 West Market Street, Suite 2700
Indianapolis, IN 46204
317.635.8900
alex.gude@dentons.com
meaghan.haller@dentons.com

        Robert E. Richards (IL Bar No. 6199138)
        DENTONS US LLP
        233 South Wacker Drive, Suite 5900
        Chicago, IL 60606
        312.876.7396
        robert.richards@dentons.com

        *Attorneys for Respondent, Kazuo Okada*