UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Bartlit Beck LLP

           Plaintiff,

v.                    Case No.: 1:19–cv–08508
                     Honorable John F. Kness

           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 26, 2022:

  MINUTE entry before the Honorable John F. Kness: Pending before the Court is the motion to withdraw [67] by counsel for Respondent Kazuo Okada. Having heard argument from both sides, and after considering the fully briefed motion, Petitioner's status report [71], counsels' statements at the status hearing [72], Alex E. Gude's *ex parte* response on behalf of Respondent Okada [74], and Petitioner's brief supplemental report [75], the Court is now sufficiently informed to rule on the motion. Although Petitioner's supplemental report is instructive on the law across jurisdictions, it does not identify binding precedent (the Court couldn't find any either) sufficient to persuade the Court to deny the motion to withdraw, especially in the light of counsel for Respondent's statement. And even though "[s]evere prejudice to third parties" may be considered by the Court as "another potential ground for denying a motion to withdraw," *Fidelity Nat'l Title Ins. Co. of N.Y. v. Intercounty Nat'l Title Ins. Co.*, 310 F.3d 537, 541 (7th Cir. 2002), the record does not reflect the risk of severe prejudice to Petitioner (it is not clear in any event that Petitioner can be considered a "third party"). Nor does the record reflect any other reason to require Respondent's counsel to stay in the case against the will of both counsel and Respondent. Accordingly, the motion to withdraw [67] is granted. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.