IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Bartlit Beck LLP, <br><br> Petitioner, <br><br> v. <br><br> Kazuo Okada, <br><br> Respondent. | Case No. 19-cv-8508 <br><br> Hon. John F. Kness |

### BARTLIT BECK'S MOTION TO COMPEL

Pursuant to Federal Rules of Civil Procedure 37(a) and 69(a), and Local Rule 37.2, Petitioner Bartlit Beck hereby moves this Honorable Court for entry of an order compelling Respondent Kazuo Okada to respond to outstanding discovery requests and to pay for the fees and costs incurred by Bartlit Beck in connection with the instant Motion. Specifically, Bartlit Beck moves for an order compelling Mr. Okada: (1) to state whether he is withholding documents or other information in response to Bartlit Beck's first set of discovery requests based on any of his objections no later than two weeks after the issuance of the Court's order; (2) to respond Requests for Production Nos. 2 and 8 and Interrogatory No. 8 no later than two weeks after the issuance of the Court's order; (3) to respond to Bartlit Beck's Second Set of Interrogatories and Requests for Production no later than two weeks after the issuance of the Court's order; (4) to be deposed within one month of the

issuance of the Court's order; and (5) to pay Bartlit Beck the fees and costs incurred in connection with the instant Motion no later than one month of the issuance of the Court's order. This Court has authority to order Mr. Okada to comply with this post-judgment discovery pursuant to Federal Rule of Civil Procedure 69(a)(2). Accordingly, for the reasons stated herein and in the Memorandum in Support of the Motion to Compel filed concurrently herewith, Bartlit Beck respectfully requests the Court grant its Motion.

Bartlit Beck files this Motion after numerous good-faith attempts to resolve these discovery issues, but "counsel's attempts to engage in such consultation were unsuccessful due to no fault of counsel's." N.D. Ill. L.R. 37.2. For example, before Mr. Okada's counsel moved to withdraw as counsel, Bartlit Beck sent a letter on November 17, 2021, regarding Mr. Okada's insufficient responses to the first set of discovery requests. Neither Mr. Okada nor his counsel ever responded to that letter, nor did they respond to Bartlit Beck's second set of discovery requests. Bartlit Beck also sent no less than five emails attempting to schedule Mr. Okada's deposition. Receiving no response from counsel, Bartlit Beck was forced to notice the deposition for December 29, 2021. Less than two weeks before the scheduled deposition, however, Mr. Okada's counsel filed a motion to withdraw as counsel (*see* Dkt. No. 67), and informed Bartlit Beck that it could no longer represent Mr. Okada in this matter.

At that point, Bartlit Beck was faced with attempting to meet-and-confer with Mr. Okada—who lives in Japan, requires an English translator, and is

seemingly trying to run from the Court's reach to avoid paying the $63,369,610.25 judgment. Accordingly, Bartlit Beck's attempts to confer with Mr. Okada to resolve these issues have been futile, forcing Bartlit Beck to file the instant Motion.

For the same reasons that Bartlit Beck was unable to resolve the issues in this Motion without Court intervention, Bartlit Beck was unable to confer with Mr. Okada on a briefing schedule for this Motion.

WHEREFORE, Bartlit Beck respectfully requests the Court grant Bartlit Beck's Motion to Compel. Specifically, Bartlit Beck respectfully requests the Court order Mr. Okada to (1) state whether he is withholding documents or other information in response to Bartlit Beck's first set of discovery requests based on any of his objections no later than two weeks after the issuance of the Court's order; (2) respond Requests for Production Nos. 2 and 8 and Interrogatory No. 8 no later than two weeks after the issuance of the Court's order; (3) respond to Bartlit Beck's Second Set of Interrogatories and Requests for Production no later than two weeks after the issuance of the Court's order; (4) be deposed within one month of the issuance of the Court's order; and (5) pay Bartlit Beck the fees and costs incurred in connection with the instant Motion within one month of the issuance of the Court's order. Bartlit Beck further requests whatever other relief the Court deems appropriate.

January 28, 2022                    Respectfully submitted,

One of the Attorneys for Petitioner

*/s/ Sean M. Berkowitz*
Sean M. Berkowitz (IL Bar No. 6209701)
LATHAM & WATKINS LLP
330 N. Wabash, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
Sean.Berkowitz@lw.com

Adam L. Hoeflich (IL Bar No. 6209163)
Joshua P. Ackerman (IL Bar No. 6317777)
Bartlit Beck LLP
54 W. Hubbard Street
Chicago, IL 60654
Telephone: (312) 494-4400
Adam.hoeflich@bartlitbeck.com
Joshua.ackerman@bartlitbeck.com

*Attorneys for Petitioner Bartlit Beck LLP*

**CERTIFICATE OF SERVICE**

       I hereby certify that on January 28, 2022, I electronically filed a true and correct copy of Bartlit Beck's Motion to Compel with the Clerk of Court using the CM/ECF system, and that I sent a true and correct copy of it via FedEx to Respondent Kazuo Okada at the following address:

Kazuo Okada
12-4 Sarugakucho, Shibuya-Ku
Tokyo-to, Japan 150-0033
+81 (704) 342-3881


By: */s/ Sean M. Berkowitz*