IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BARTLIT BECK LLP, <br><br>　　　　　　Petitioner, <br><br>　　v. <br><br>KAZUO OKADA, <br><br>　　　　　　Respondent. | Case No. 1:19-cv-08508 <br><br> Hon. John F. Kness |

**BARTLIT BECK'S NOTICE OF ATTORNEYS' FEES & COSTS**

Bartlit Beck respectfully submits this Notice of Attorneys' Fees & Costs pursuant to the Court's Order, dated June 27, 2022 (ECF 87).

On January 28, 2022, Barlit Beck filed Petitioner's Motion to Compel and Memorandum in Support (ECF 78 & 79) requesting Respondent Kazuo Okada to respond to outstanding discovery requests and to pay for the fees and costs incurred by Bartlit Beck in connection with the Motion. On June 27, 2022, this Court granted that motion (ECF 87) and requested a list of fees and costs reasonably incurred in connection with the Motion.

Attached as Exhibit A is an invoice from Latham & Watkins LLP, in the amount of $19,722.41. All of the fees and costs reflected on this invoice were incurred in connection with the Motion to Compel.

Dated: July 11, 2022  Respectfully submitted,

*/s/ Sean M. Berkowitz*
Sean M. Berkowitz (IL Bar No. 6209701)
Latham & Watkins LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
(312) 876-7700
Sean.Berkowitz@lw.com

Adam L. Hoeflich (IL Bar No. 6209163)
Joshua P. Ackerman (IL Bar No. 6317777)
Bartlit Beck LLP
54 W. Hubbard Street
Chicago, IL 60654
(312) 494-4400
adam.hoeflich@bartlitbeck.com
joshua.ackerman@bartlitbeck.com

*Attorneys for Petitioner Bartlit Beck LLP*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 11, 2022, I electronically filed a true and correct copy of Bartlit Beck's Notice of Attorneys' Fees & Costs with the Clerk of Court using the CM/ECF system, and that I sent a true and correct copy of it via email and via U.S. certified mail to Respondent at the following address:

> J. Stephen Peek
> Holland & Hart LLP
> 9555 Hillwood Drive 2nd Floor
> Las Vegas, NV 89134
> speek@hollandhart.com