# **<u>EXHIBIT A</u>**

# LATHAM&WATKINS LLP

330 North Wabash Avenue
Suite 2800
Chicago, Illinois 60611
Tel: +1.312.876.7700 Fax: +1.312.993.9767
www.lw.com

**INVOICE**

February 8, 2022

Bartlit Beck Herman Palenchar & Scott LLP
54 West Hubbard Street
Suite 300
Chicago, IL 60654
Attn: Jason Peltz

Please identify your payment with the following:

Invoice No. 2200500463
Matter Number 062977-0001

**Tax Identification No.: 95-2018373**

**Remittance Instructions**

| WIRE TRANSFERS IN USD: | CHECKS: |
|---|---|
| Bank: Citibank N.A. | Latham & Watkins LLP |
| One Penn's Way | P.O. Box 2130 |
| New Castle, DE 19720 | Carol Stream, IL |
| ABA: 0311-00209 | 60132-2130 |
| SWIFT: CITIUS33 | |
| Account Name: **Latham & Watkins LLP** | |
| Account Number: **3911-7003** | |

For professional services rendered through January 31, 2022

| | |
|---|---:|
| **Re:** **Okada Arbitration - Collection** | $ 19,173.50 |
| Costs and Disbursements | 548.91 |
| **Total Due** | **$ 19,722.41** |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2200500463 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

**LATHAM & WATKINS** LLP

Invoice No. 2200500463
February 8, 2022

---

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 01/26/22 | C E Dahl | .30 | Prepare for and conference call with S. Berkowitz regarding motion to compel |
| 01/26/22 | C E Dahl | .30 | Correspond with S. Berkowitz and J. Ackerman regarding motion to compel |
| 01/26/22 | C E Dahl | 1.70 | Review and analyze filings and related documents in connection with motion to compel |
| 01/26/22 | C E Dahl | 1.60 | Draft, review, edit, and analyze motion to compel and memorandum in support of motion to compel |
| 01/27/22 | S M Berkowitz | .30 | Review and revise draft motion to compel discovery and confer with C. Dahl regarding same |
| 01/27/22 | C E Dahl | 2.20 | Conduct legal research in connection with motion to compel |
| 01/27/22 | C E Dahl | .50 | Correspond with S. Berkowitz and Bartlit Beck regarding motion to compel |
| 01/27/22 | C E Dahl | 3.40 | Draft, review, edit, and analyze motion to compel and ancillary documents |
| 01/28/22 | C E Dahl | 3.30 | Draft, review, and edit motion to compel and related ancillary documents |
| 01/28/22 | C E Dahl | .70 | Correspond with Bartlit Beck and S. Berkowitz regarding motion to compel and ancillary documents |
| 01/28/22 | C E Dahl | .90 | Finalize and coordinate filing of motion to compel and ancillary documents |
| 01/28/22 | L Torres, Jr. | 1.50 | Review draft brief, identify exhibits, prepare exhibits and draft exhibit index; asst with finalization of same; communication with C. Dahl regarding same |

| | | | | | | |
|---|---|---|---|---|---|---|
| S M Berkowitz | Partner | 04460 | .30 | Hrs. @ | $ 1,540.00/hr. | $ 462.00 |
| C E Dahl | Counsel | 72635 | 14.90 | Hrs. @ | $ 1,210.00/hr. | $ 18,029.00 |
| L Torres, Jr. | Paralegal | 16093 | 1.50 | Hrs. @ | $ 455.00/hr. | $ 682.50 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2200500463 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

2

**LATHAM&WATKINS**LLP

Invoice No. 2200500463
February 8, 2022

---

**Costs and Disbursements:**

| Date | Description | Timekeeper | Amount |
|------|-------------|------------|--------|
| 01/28/22 | Messenger/Courier - Recipient: KAZUO OKADA - on 28-Jan-2022 - AB #: 289261432920 - Inv #: 346283078 | V Towns | 39.51 |
| | **Total Federal Express & Messenger** | | **39.51** |
| 01/27/22 | Westlaw - Search on: 27-Jan-2022 - Westlaw ID: 10698641 - Request by: Dahl, Caitlin E 72635 - Grp: 1000711095 | C E Dahl | 309.60 |
| 01/28/22 | Westlaw - Search on: 28-Jan-2022 - Westlaw ID: 10698641 - Request by: Dahl, Caitlin E 72635 - Grp: 1000711095 | C E Dahl | 199.80 |
| | **Total Legal Research** | | **509.40** |
| | **Total Costs and Disbursements:** | | **$ 548.91** |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2200500463 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

3

# LATHAM & WATKINS LLP

330 North Wabash Avenue  
Suite 2800  
Chicago, Illinois 60611  
Tel: +1.312.876.7700  Fax: +1.312.993.9767  
www.lw.com

**INVOICE**

February 8, 2022

Bartlit Beck Herman Palenchar & Scott LLP  
54 West Hubbard Street  
Suite 300  
Chicago, IL 60654  
Attn: Jason Peltz

Please identify your payment with the following:

Invoice No. 2200500463  
Matter Number 062977-0001

**Tax Identification No.: 95-2018373**

**Remittance Instructions**

| **WIRE TRANSFERS IN USD:** | **CHECKS:** |
|---|---|
| Bank: Citibank N.A. | Latham & Watkins LLP |
| One Penn's Way | P.O. Box 2130 |
| New Castle, DE 19720 | Carol Stream, IL |
| ABA: 0311-00209 | 60132-2130 |
| SWIFT: CITIUS33 | |
| Account Name: **Latham & Watkins LLP** | |
| Account Number: **3911-7003** | |

**REMITTANCE COPY**

**Okada Arbitration - Collection**

| Invoice Date | Invoice Number | Balance Due |
|---|---|---|
| Current Invoice | | |
| 02/08/2022 | 2200500463 | 19,722.41 |
| **Balance Due** | | **$ 19,722.41** |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.  
PLEASE REFERENCE INVOICE #2200500463 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.